UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAIME LEDESMA ZEPEDA,

    Petitioner,

    v.

W. J. SULLIVAN, Warden, and JAMES E. TILTON, Secretary, Department of Corrections and Rehabilitation,

    Respondents.

No. C 03-5668 PJH (PR)

**JUDGMENT**

    The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: August 20, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.03\ZEPEDA668.JUD.wpd